JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NICOLE HOLMES, on behalf of R.O., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. EDCV 15-2539-GW(DTBx) <br><br> **JUDGMENT** <br><br> **Hon. George H. Wu** <br> **United States District Court Judge** |

On November 15, 2016, a bench trial of this matter was held.  The Court having reviewed the parties' exhibits, listened to the parties' witnesses and having considered the oral and written arguments of counsel,

IT IS HEREBY ADJUDGED that judgment is entered in favor of the Defendant, United States of America.

Dated: February 1, 2017

_____
GEORGE H. WU, U.S. District Judge

Approved as to form and content

Presented by:

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LEON MONTELLEONE
Chief, General Civil Section
JULIE ZATZ
Assistant United States Attorney
Attorneys for Defendant United States of America